**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| MELVIN J. PROCTOR, JR., *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>METROPOLITAN MONEY STORE, CORP., *et al.*,<br><br>    Defendants | Case No. 8:07-CV-01957-RWT |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RTE TITLE, LLC.**

Plaintiffs, through their attorneys, hereby dismiss the Defendant, RTE TITLE, LLC, who has not filed an answer or other response to the Complaint, pursuant to Federal Rule of Civil Procedure 41, from the above captioned case WITHOUT PREJUDICE.

Respectfully submitted,

\_\_\_\_/s/_____
SCOTT C. BORISON (Bar No. 22576)
JANET LEGG (Bar No. 15552)
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD 21703
(301) 620-1016
FAX: (301)620-1018
legg@legglaw.com
borison@legglaw.com


PETER A. HOLLAND (Bar No. 10866)
The Holland Law Firm, P.C.

1410 Forest Drive, Suite 21
Annapolis, Maryland 21403
(410) 280-6133
FAX: (410) 280-8650
peter@hollandlawfirm.com


PHILLIP R. ROBINSON (Bar No. 27824)
Civil Justice, Inc.
520 West Fayette Street, Suite 410
Baltimore, Maryland 21201
(410) 706-0174
FAX: 410-706-3196
probinson@civiljusticenetwork.org

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of September 2008, a copy of the foregoing Dismissal Without Prejudice was electronically filed and mailed, first class, postage prepaid to:

| | |
|---|---|
| Phillip Robinson, Esq.<br>Civil Justice, Inc.<br>520 West Fayette Street, Suite 410<br>Baltimore, Maryland 21201<br><br>Scott C. Borison, Esq.<br>Janet Legg, Esq.<br>Legg Law Firm, LLC<br>5500 Buckeystown Pike<br>Frederick, Maryland 21703<br><br>Peter A. Holland, Esq.<br>Benjamin H. Carney, Esq.<br>The Holland Law Firm, P.C.<br>1410 Forest Drive, Suite 21<br>Annapolis, Maryland 21403<br><br>*Attorneys for Plaintiffs* | James K Archibald, Esq.<br>Venable LLP<br>750 E Pratt St Ste 900<br>Baltimore, MD 21202<br><br>John M Alten, Esq.<br>Ulmer and Berne LLP<br>1660 W Second St Ste 1100<br>Cleveland, OH 44113<br><br>John J Haggerty, Esq.<br>Ulmer and Berne LLP<br>1660 W Second St Ste 1100<br>Cleveland, OH 44113<br><br>*Attorneys for Defendant Southern Title Insurance Corporation* |
| Erwin Roderick E Jansen, Jr., Esq.<br>The Law Offices of Erwin R E Jansen LLC<br>4550 ForbesBlvd Ste 110<br>Lanham, MD 20706<br><br>*Attorneys for Defendants Alexander J. Chaudhry and Alfi Farahpour* | Metropolitan Money Store, Corp.<br>c/o Jennifer McCall, Resident Agent<br>9800 Huxley Drive<br>Lanham, Maryland 20706 |
| Fordham & Fordham Investment Group, LTD.<br>c/o Kurt Fordham, President<br>7602 Alloway Lane<br>Beltsville, Maryland 20705 | Diane Linda Jones<br>508 Balboa Ave.<br>Capitol Heights, Maryland 20721 |
| Leticia Nicholls<br>400 Browning Ave. #2<br>Takoma Park, Maryland 20912 | Sidney S Friedman, Esq.<br> Rosemary E Allulis, Esq.<br>Weinstock Friedman and Friedman PA<br>Four Reservoir Cir<br>Baltimore, MD 21208<br><br>*Attorneys for Defendant Jamie Armand Clark* |

4

| | |
|---|---|
| Joy Jenis Jackson<br>12811 Glasgow Court<br>Fort Washington, Maryland 20744 | Kurt Fordham<br>7602 Alloway Lane<br>Beltsville, Maryland 20705 |
| Jennifer McCall<br>7602 Alloway Lane<br>Beltsville, Maryland 20705 | John Thomas Prisbe, Esq.<br>Venable LLP<br>750 E. Pratt St Ste 900<br>Baltimore, MD 21202<br><br>Gregory Wasylak, Esq.<br>Venable LLP<br>Two Hopkins Plz Ste 1800<br>Baltimore, MD 21201<br><br>*Attorneys for Defendant Chicago Title Insurance Company* |

                   /s/
Scott Borison