IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MELVIN J. PROCTOR, JR., et al.,** | * | |
| Plaintiffs | * | |
| v. | * | Case number: RWT 07cv1957 |
| **METROPOLITAN MONEY STORE CORP., et al.,** | * | |
| Defendants | * | |

## ORDER

Upon consideration of Defendant Alexander J. Chaudhry's Motion to Dismiss Count VII Plaintiffs' First Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (Paper No. 72), Motion to Dismiss Amended Complaint by Defendant Chicago Title Insurance Company (Paper No. 79), Defendant Southern Title Insurance Corporation's Motion to Dismiss Plaintiffs' Amended Complaint (Paper No. 85), Defendant Ali Farahpour's Motion to Dismiss Plaintiffs' First Amended Complaint for Failure to Plead Fraud With Particularity, and Failure to State a Claim Upon Which Relief Can Be Granted (Paper No. 105), and Plaintiffs' Motion to Certify a Class Against Defendants, Appoint Named Plaintiffs Class Representatives and Appoint Class Counsel (Paper No. 65), the oppositions and replies, and the argument of counsel heard on June 20, 2008, it is, for the reasons set forth in the accompanying Memorandum Opinion, this 29th day September, 2008, by the United States District Court for the District of Maryland,

**ORDERED**, that the Motion to Dismiss Amended Complaint by Defendant Chicago Title Insurance Company (Paper No. 79) is **GRANTED**; and it is further

**ORDERED**, that Defendant Southern Title Insurance Corporation's Motion to Dismiss Plaintiffs' Amended Complaint (Paper No. 85) is **GRANTED**; and it is further

**ORDERED**, that judgment for costs be entered in favor of Defendants Chicago Title Insurance Company and Southern Title Insurance Corporation; and it is further

**ORDERED**, that Defendant Alexander J. Chaudhry's Motion to Dismiss Count VII Plaintiffs' First Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (Paper No. 72) is **GRANTED**; and it is further

**ORDERED**, that Defendant Ali Farahpour's Motion to Dismiss Plaintiffs' First Amended Complaint for Failure to Plead Fraud With Particularity, and Failure to State a Claim Upon Which Relief Can Be Granted (Paper No. 105) is **GRANTED**; and it is further

**ORDERED**, that the Amended Complaint is **DISMISSED** as to the Defendants Chicago Title Insurance Company and Southern Title Insurance Corporation, without leave to further amend, and is **DISMISSED** as to the Defendants Alexander J. Chaudhry and Ali Farahpour, with leave to file a second amended complaint as to them as hereinafter provided; and it is further

**ORDERED**, that the Plaintiffs are **GRANTED** leave to file a second amended complaint in conformity with the Memorandum Opinion on or before November 14, 2008; and it is further

**ORDERED** that the Court having granted leave to file a second amended complaint, the Plaintiffs' Motion to Certify a Class Against Defendants, Appoint Named Plaintiffs Class Representatives and Appoint Class Counsel (Paper No. 65) is **DENIED WITHOUT PREJUDICE** to renew said motion as to the second amended complaint on or before November 14, 2008.

                                                  /s/
                                     ROGER W. TITUS
                                UNITED STATES DISTRICT JUDGE