# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MELVIN J. PROCTOR, JR., et al.,** | * |
| Plaintiffs | * |
| v. | *    Case number: RWT 07cv1957 |
| **METROPOLITAN MONEY STORE CORP., et al.,** | * |
| Defendants | * |

## ORDER

Upon consideration of Plaintiff's Motion for the Entry of Default Judgment Against Defendants (ECF No. 263), it is, for the reasons stated in the accompanying Memorandum Opinion, this 15th day of September, 2011, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Plaintiff's Motion for the Entry of Default Judgment Against Defendants (ECF No. 263) is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED**, that **JUDGMENT IS ENTERED** in favor of the members of the Plaintiff Class against the Corporate Defendants, Metropolitan Money Store Corp. and Fordham and Fordham Investment Group Ltd., in the amount of $50,642,654.58; and it is further

**ORDERED**, that **JUDGMENT IS ENTERED** in favor of the members of the Plaintiff Class against the individual Defendants, Joy Jackson and Jennifer McCall, in the amount of $33,761,769.72; and it is further

**ORDERED**, that **JUDGMENT IS ENTERED** in favor of the members of the Plaintiff Class against the individual Defendant, Kurt Fordham, in the amount of $26,262,575.26; and it is further

**ORDERED**, that **JUDGMENT IS ENTERED** in favor of the members of the Plaintiff Class against the individual Defendant, Wilbur Ballesteros, in the amount of $33,719,900; and it is further

**ORDERED**, that should counsel for the Class Plaintiffs recover any additional sums from any Defendant as a result of the judgments entered herein, they shall be required to report any such recovery to the Court for the approval of any distribution, including any award of attorney's fees; and it is further

**ORDERED**, that the Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** this case.

/s/<br>
By Alexander Williams, Jr. for<br>
Roger W. Titus<br>
United States District Judge